NATIONAL BREAD CO. v. Roberta BIRD.

6 Div. 421.

Supreme Court of Alabama.

Oct. 5, 1933.

Coleman, Spain, Stewart & Davies, of Birmingham, for appellant.

London, Yancey & Brower, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

150 So. 920

NATIONAL SURETY CO. et al. v. FIRST NATIONAL BANK OF OPELIKA.

5 Div. 106.

Supreme Court of Alabama.
Nov. 23, 1933.

PER CURIAM.
Appeal dismissed by appellants.

See, also, 225 Ala. 108, 142 So. 414.

150 So. 920

Ben PALMER, alias, etc., v. STATE.

7 Div. 226.

Supreme Court of Alabama.
Dec. 7, 1933.

PER CURIAM.
Appeal dismissed by appellant.

150 So. 920

Jacqueline R. PATERSON v. Wm. B. PATERSON, Jr.

1 Div. 802.

Supreme Court of Alabama.
Nov. 23, 1933.

PER CURIAM.
Appeal dismissed by appellant.